Roy JONES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 28, 1966.

Fritz Krueger, Somerset, for appellant.

Robert Matthews, Atty. Gen., David Murrell, Asst. Atty. Gen., for appellee.

MILLIKEN, Judge.

Roy Jones was fined $200 and sentenced to 120 days in jail for having in his possession alcoholic beverages for sale in local option territory.

We have considered the points raised on this appeal and find them not persuasive of error in the trial.

The judgment is affirmed.